**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2697**

---

THOMAS BOARD,

                                        Plaintiff - Appellant,

        versus

ELAINE DAVIS, Principal; MARGARRETT SHIPLEY,
Vice Principal; HAMDEN ELEMENTARY SCHOOL,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-96-
2964-AMD)

---

Submitted:  May 1, 1997                  Decided:  May 7, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thomas Board, Appellant Pro Se.  Jerome Allen Nicholas, Jr., BALTI-
MORE CITY DEPARTMENT OF LAW, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his civil rights complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Board v. Davis</u>, No. CA-96-2964-AMD (D. Md. Oct. 2, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>